FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
JUN 0 8 2012
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | NO. 12-mj-1042 |
|---|---|---|
| | ) | |
| v. | ) | Judge Griffin |
| | ) | |
| Jeffrey Dwayne BARRETT | ) | **UNDER SEAL** |

## ORDER

Upon motion of the United States, it is hereby ORDERED that all documents in this case are placed under seal until further order of the Court.

It is so ORDERED this 8th day of June, 2012

Juliet Griffin
United States Magistrate Judge